## MOTION DOCKET

**95–795.** State ex rel. Ondusko v. Jarvis, Downing & Assoc. *Franklin County*, No. 94APD03–320. On motion to strike. Motion denied.

F.E. Sweeney, J., would grant the motion and dismiss the cause.
On alternative motion to motion to strike. Motion granted.

Moyer, C.J., and Cook, J., dissent.

F.E. Sweeney, J., would dismiss the cause.

**95–934.** State ex rel. Hipp v. N. Canton. *Stark County*, No. CA–9374. On request for oral argument. Request denied.

**95–2109.** State v. Miller. *Franklin County*, No. 94APA10–1458. On motion for leave to file delayed appeal. Motion denied.

Douglas, J., dissents.

**95–2224.** State ex rel. WHIO–TV–7 v. Lowe. On motion to dismiss, motion for leave to intervene of Therressa Jolynn Ritchie, and motion to consolidate case with 95–2356, *State ex rel. WHIO–TV–7 v. Lowe.* Motion for leave to intervene granted and motion to consolidate granted. *Sua sponte,* alternative writ granted.

**95–2391.** State v. Geren. *Auglaize County*, No. 2–95–22. On review of order certifying a conflict. The court determines that a conflict exists. *Sua sponte,* cause held for the decision in 95–1377 and 95–1466, *State v. Gustafson,* Mahoning County, No. 94 C.A. 232; briefing schedule stayed.

**95–2409.** Beagle v. Walden. Certified State Law Question, No. 595CV1146. On preliminary memoranda pursuant to S.Ct.Prac.R. XVIII(6). The court will answer the following question: "Is Ohio Revised Code § 3937.18(A)(2) unconstitutional on any grounds under the facts of this case, including those stated by plaintiff[?]" *Sua sponte,* this cause shall be set for oral argument.

F.E. Sweeney and Cook, JJ., dissent and would not permit oral argument.

**95–2464.** State v. Bailes. *Fairfield County*, No. 46CA90. On motion for leave to file delayed appeal. Motion denied.

Resnick and Pfeifer, JJ., dissent.

**95–2471.** State v. White. *Clark County*, No. 1999. On motion for appointment of counsel. Motion denied.